The Famobrosis Society, Respondent, v. Royal Benefit Society, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emma L. Hall, Respondent, v. Augustus H. Hall, Appellant.— Order reversed and motion granted, without costs. No opinion.

John Anthony Wilkens, Plaintiff, Lillian Burns Wilkens, as Administratrix, etc., Respondent, v. American Bank of Torreon, S. A., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Dorothea D. Adler, Respondent, v. Eugene Adler, Appellant.— Order modified as stated in order filed, and as modified affirmed, without costs. No opinion.

William E. Adams, Appellant, v. Sarah Adams, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hannah Dexter Buckingham, Respondent, v. The Clifton Springs Sanitarium Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, except as to names and residences of physicians specified in 9th paragraph of demand. No opinion.

Louis Oppenheimer, Respondent, v. Emanuel Van Raalte and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

R. G. Packard Company, Appellant, v. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of William B. Ruddick, Appellant, to Review the Action and Neglect of the Inspectors of Primary Election in and for the Election Districts Contained in the Thirty-third Assembly District in New York County, and More Particularly in the Third, Fourth, Twenty-first, Twenty-third, Twenty-ninth and Thirty-first of said Election Districts, and of the Board of Elections of the City of New York, Respondent, Respecting the Votes Cast Therein by Members of the Independence League Party at the Primary Election Held Therein on the 26th day of March, 1912, and the Canvass and Return of Such Vote.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Benjamin B. Lawrence, Respondent, v. A. B. Adams, Incorporated, Appellant, Impleaded with Alfred B. Adams.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of George Robinson, an Attorney. In the Matter of William A. Hayes, an Attorney. In the Matter of Clifford L. Beare, an Attorney. In the Matter of Edward V. Slauson, an Attorney. In the Matter of Chester A. Bayliss, an Attorney.— Referred to official referee. Orders to be settled on notice.

The People of the State of New York v. William H. Belling.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order.

The People of the State of New York v. George Diorio.— Motion to dismiss appeal granted.

The People of the State of New York v. Simon Katzenstein.— Motion to dismiss appeal granted.